**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000572**
**06-AUG-2025**
**08:12 AM**
**Dkt. 59 OAWST**

NO. CAAP-22-0000572

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

FRANK M. WANCA, Plaintiff/Counterclaim Defendant-Appellant,
v.
ALII BEACH AOAO, Defendant/Cross-claim Defendant-Appellee;
RAY CHARLES COOPER; MARYANN JONES; ROY L. PUEN; MIRIAN PUEN,
Defendants/Counterclaimants/Cross-claimants-Appellees;
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10, and
DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC181000246)

ORDER APPROVING STIPULATION TO DISMISS
APPEAL AND DISCHARGING ORDER TO SHOW CAUSE
(By: Nakasone, Chief Judge, McCullen and Guidry, JJ.)

On February 24, 2025, this court received "Appellant
and Appellees Joint Notice of Settlement," informing the court
that Plaintiff/Counterclaim Defendant-Appellant Frank M. Wanca
(**Wanca**) and Defendants/Counterclaimants/Cross-claimants-

Appellees Ray Charles Cooper, Maryann Jones, Roy L. Puen and Mirian Puen (collectively, the **Appellees**)[1] had reached a settlement agreement which mooted this appeal, and that the Parties intended to file a stipulation to dismiss this appeal.

Nothing further was filed with this court. On July 22, 2025, this court filed an Order to Show Cause (**OSC**) ordering that, within seven (7) days of the OSC, the Parties shall show cause why this appeal should not be dismissed as moot.

On July 23, 2025, the Parties filed a "Stipulation to Dismiss Appeal and Order" (**Stipulation**), stipulating and agreeing to dismiss CAAP-22-0000572 with prejudice.

Upon consideration of the Stipulation, pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b), the papers in support, and the record, it appears that: (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal and bear their own costs and attorneys' fees associated with this appeal; and (3) the Stipulation has been signed by counsel for all parties appearing in this appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed with prejudice. The

---

[1] Wanca and the Appellees are collectively referred to as the **Parties**.

parties shall bear their own costs and attorneys' fees in this appeal.

IT IS FURTHER ORDERED that no further action shall be taken on the OSC filed in this case on July 22, 2025.

DATED: Honolulu, Hawaiʻi, August 6, 2025

/s/ Karen T. Nakasone
Chief Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/Kimberly T. Guidry
Associate Judge